**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6511**

_____

CURTIS R. HILL,

Plaintiff - Appellant,

versus

LEE COUNTY CORRECTIONAL INSTITUTION; A.J.
PADULA; D. MITCHELL; JAMES E. SLIGH, JR.,
Division Director Classification and Inmate
Records,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-05-693-6)

_____

Submitted:  July 14, 2005          Decided:  July 26, 2005

_____

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Curtis R. Hill, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Curtis R. Hill appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Hill v. County Corr. Inst.</u>, No. CA-05-693-6 (D.S.C. Mar. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>